IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE : Civil Action
:
v. :
:
THE HILL SCHOOL :
: No.: 2:23-CV-01210-GAM

ORDER

AND NOW, this 30th day of March 20 23 , it is hereby

ORDERED that the application of Phillipa Gage Lilienthal _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

☐ GRANTED.[1]

☐ DENIED.

/s/ Gerald Austin McHugh
_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.