IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE                                          :         Civil Action
                                                  :
         v.                                       :
                                                  :
THE HILL SCHOOL                                   :         No.: 2:23-CV-01210
                                                  :

ORDER

AND NOW, this  31st     day of     March      20 23 , it is hereby

ORDERED that the application of  John A. Duberstein                          , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is  **GRANTED**.

☐   GRANTED.[1]

☐   DENIED.

/s/ Gerald Austin McHugh
_____
                                        , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.