**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-1210** |
| | : | |
| **THE HILL SCHOOL** | : | |

## ORDER

This 4th day of April, 2023, it is hereby **ORDERED** that Defendant's Motion for Leave to Redact and File Under Seal (ECF 19) is **GRANTED**. The Court reserves its inherent power to modify the terms of this agreement and permit the disclosure of information where the interest of justice so requires.

    /s/ Gerald Austin McHugh
United States District Judge