**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-1210** |
| | : | |
| **THE HILL SCHOOL** | : | |

## ORDER

This 10th day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF 2) is **DENIED**.

                                                            /s/ Gerald Austin McHugh
                                                       United States District Judge