# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
|       Plaintiff, | : | |
| | : | **CIVIL ACTION** |
|     v. | : | No. 23-1210 |
| | : | |
| THE HILL SCHOOL and | : | |
| ARIEL BAUM, | : | |
|       Defendants. | : | |

### ORDER

This 18th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 33) is **GRANTED** in part, as follows: Plaintiff's claims for intentional inflection of emotional distress and negligent infliction of emotional distress are **DISMISSED**. In all other respects, the Motion is **DENIED**.

                                                                        /s/ Gerald Austin McHugh
                                                                    United States District Judge