**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff,<br><br>v.<br><br>THE HILL SCHOOL and<br>ARIEL BAUM,<br><br>Defendants. | Civil Action No. 2:23-cv-01210-GAM |

**JOINT STIPULATION FOR EXTENSION OF TIME**
**TO ANSWER FIRST AMENDED COMPLAINT**

The parties in the above-captioned matter have conferred and agree that, subject to this Court's approval, Defendants may have until September 15, 2023 to file an answer to Plaintiff's First Amended Complaint [ECF No. 30].

Respectfully submitted,

By: /s/Philippa G. Lilienthal
Philippa G. Lilienthal (*pro hac vice*)
(BBO # 664528)
John A. Duberstein (*pro hac vice*)
(BBO # 689230)
Cara E. Murphy (*pro hac vice*)
(BBO # 709521)
Schwartz Hannum PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900
plilienthal@shpclaw.com
Jduberstein@shpclaw.com
cmurphy@shpclaw.com

By: /s/Patricia M. Hamill
Patricia M. Hamill (PA Id. No. 48416)
Jonathan Z. Cohen (PA Id. No. 205941)
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
(215) 640-8500
phamill@clarkhill.com
jcohen@clarkhill.com

*Attorneys for Plaintiff John Doe*

Marc H. Perry (PA Id. No. 68610)
Post & Schell, PC
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000
mperry@postschell.com

*Attorneys for Defendants The Hill School and Ariel Baum*

Approved by:

/s/ Gerald Austin McHugh

Hon. Gerald A. McHugh

8/25/23