IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John Doe : Civil Action
:
v. :
:
The Hill School : No.: 2:23-cv-01210-GAM

ORDER

AND NOW, this 17th day of October 2023, it is hereby

ORDERED that the application of Carolyn McMenemy, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

/s/ Gerald Austin McHugh
_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.