IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br>THE HILL SCHOOL,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br><br>No. 2:23-cv-01210-GAM |

**ORDER**

**AND NOW,** this 27th day of August, 2024, upon consideration of the Motion to Seal Documents by Plaintiff (the "Motion") filed on August 23, 2024, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is **ORDERED** to seal the documents at ECF 66, 66-1, 66-2, 67, 67-1, and 67-2.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　United States District Judge